| | |
|---|---|
| 1 | BETH KURTZ |
| | Trial Attorney |
| 2 | D.C. Bar No. 1022970 |
| | HALEY VAN EREM |
| 3 | Trial Attorney |
| | D.C. Bar No. 1048009 |
| 4 | Civil Rights Division |
| | U.S. Department of Justice |
| 5 | 950 Pennsylvania Avenue, N.W. – 4CON |
| | Washington, DC 20530 |
| 6 | (202) 598-9616 |
| | Beth.Kurtz@usdoj.gov |
| 7 | Counsel for the United States of America |
| 8 | AARON D. FORD |
| | Attorney General |
| 9 | SHARON L. BENSON |
| | Chief Deputy Attorney General |
| 10 | Office of the Attorney General |
| | Nevada Bar No. 8964 |
| 11 | 5420 Kietzke Lane, Suite 202 |
| | Reno, Nevada 89511 |
| 12 | (775) 687-2100 |
| | sbenson@ag.nv.gov |
| 13 | Counsel for the State of Nevada |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 3:25-cv-00004 |
| Plaintiff, | | |
| v. | | **JOINT MOTION TO DISMISS AND RETAIN JURISDICTION** |
| THE STATE OF NEVADA, | | |
| Defendants. | | |

**JOINT MOTION TO DISMISS AND RETAIN JURISDICTION**

Plaintiff, the United States of America and Defendant, the State of Nevada, hereby jointly move this court for entry of an Order dismissing this action pursuant to Rule 41(a)(2) of the

1

Federal Rules of Civil Procedure, incorporating the terms of the Agreement (Attachment A), and retaining jurisdiction to enforce the Agreement in accordance with its terms for its duration. The Parties have attached a proposed Order as Attachment B.

This 3rd day of January, 2025.

1  Respectfully submitted,

2  FOR THE UNITED STATES:

3  KRISTEN CLARKE
   Assistant Attorney General
4  Civil Rights Division

5  REGAN RUSH
   Chief, Special Litigation Section

6

7  DEENA FOX
   Deputy Chief, Special Litigation Section

8  /s/ *Beth Kurtz*
   BETH KURTZ
9  HALEY VAN EREM
   Trial Attorneys
10 Special Litigation Section
   Civil Rights Division
11 U.S. Department of Justice
   950 Pennsylvania Avenue, N.W. – 4CON
12 Washington, DC 20530
   (202) 598-9616
13 Beth.Kurtz@usdoj.gov

14

15 FOR NEVADA:

16 AARON FORD
   Attorney General
17
   /s/ *Sharon L. Benson*
18 SHARON L. BENSON
   Chief Deputy Attorney General
19 Office of the Attorney General
   5420 Kietzke Lane, Suite 202
20 Reno, Nevada 89511
   (775) 687-2100
21 sbenson@ag.nv.gov

22

23

24

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>Defendants. | Case No. 3:25-cv-00004<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO DISMISS AND RETAIN JURISDICTION** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO DISMISS AND RETAIN JURISDICTION**

1. On October 4, 2022, the United States issued a report notifying the State of its findings that the State does not comply with Title II of the Americans with Disabilities Act (ADA), as interpreted in *Olmstead v. L.C. ex rel. Zimring*, 527 U.S. 581 (1999), by failing to provide services to children with behavioral health disabilities in the most integrated setting appropriate to their needs.  The United States found that these children were being unnecessarily institutionalized in hospitals and residential treatment facilities due to a lack of sufficient community-based services.

2. On January 2, 2025, Plaintiff, the United States of America and Defendant, the State of Nevada (collectively "the Parties") entered into an Agreement (Attachment A).

3. The Agreement reflects the Parties' shared commitment to full compliance with the ADA.

4. The purpose of the Agreement is to remedy the identified alleged ADA violation by strengthening the system of community-based services to effectively engage families in service planning and ensure coordinated and family-centered care.  The system will

provide children who have been institutionalized or are at serious risk of institutionalization with flexible services and supports that are of sufficient intensity, duration, and quality to meet their behavioral health needs.  The Agreement is intended to ensure that such children receive sufficient services to prevent unnecessary institutionalization and live at home with family (or foster or kinship care family, where applicable), support success in school, enhance their community living skills and resiliency, and contribute toward the development of the skills to function independently upon reaching adulthood.

5. In consideration of, and consistent with the terms of the Agreement, the Parties jointly move this Court for entry of an Order dismissing this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, incorporating the terms of the Agreement, and retaining jurisdiction to enforce the Agreement in accordance with its terms for its duration.

6. A federal court may retain jurisdiction in this manner.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (recognizing that a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its order); *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007) ("[A] federal court has jurisdiction to enforce a settlement agreement in a dismissed case when the dismissal order incorporates the settlement terms, or the court has retained jurisdiction over the settlement contract."); *see also In re Volkswagen "Clean Diesel" Mktg.,* 975 F.3d 770, 775 (9th Cir. 2020); *Kang v. Harrison*, 789 Fed. Appx. 68, 69 (9th Cir. 2020).

7. A proposed order for such dismissal is attached. (Attachment B).

Respectfully submitted,

FOR THE UNITED STATES:

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief, Special Litigation Section

DEENA FOX
Deputy Chief, Special Litigation Section

 /s/ *Beth Kurtz*
BETH KURTZ
HALEY VAN EREM
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. – 4CON
Washington, DC 20530
(202) 598-9616
Beth.Kurtz@usdoj.gov

FOR NEVADA:

AARON FORD
Attorney General

 /s/ *Sharon L. Benson*
SHARON L. BENSON
Chief Deputy Attorney General
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2100
sbenson@ag.nv.gov