UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>Defendants. | Case No. 3:25-cv-00004<br><br>~~[PROPOSED]~~ ORDER |

**ORDER**

For good cause shown, and in consideration of the Parties' Joint Motion to Dismiss and Retain Jurisdiction, the Court hereby GRANTS the Joint Motion and conditionally dismisses the above-titled action pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court specifically retains jurisdiction to enforce the Agreement (filed with the Court as Attachment A to the Joint Motion to Dismiss and Retain Jurisdiction), in accordance with its terms, which are incorporated herein by reference, and for its duration. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (recognizing that a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its order); *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007) ("[A] federal court has jurisdiction to enforce a settlement agreement in a dismissed case when the dismissal order incorporates the settlement terms, or the court has retained jurisdiction over the settlement contract.").

SO ORDERED this  5th   day of  February     , 2025.

_____
United States District Judge

1