HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
PATRICK MCCARTHY
Chief
Special Litigation Section
BENJAMIN O. TAYLOE, JR.
Deputy Chief
Special Litigation Section
CATHERINE YOON
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 598-1590
Email: Catherine.Yoon@usdoj.gov

*Counsel for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA,<br><br>    Defendant. | Case No. 3:25-cv-00004<br><br>**ORDER GRANTING MOTION**<br>**TO WITHDRAW**<br><br>[ECF No. 9] |

Pursuant to Local Rule 11-6(b), Benjamin O. Tayloe, Jr., Deputy Chief, Special

Litigation Section, Civil Rights Division, United States Department of Justice, respectfully

moves this Court for leave to withdraw as an attorney in this matter. Movant respectfully

informs the Court that as of May 30, 2026, he will be no longer employed at the

United States Department of Justice.  Movant certifies that the United States has had

reasonable notice of his withdrawal and that it will continue to be represented by

Catherine Yoon, Trial Attorney, Special Litigation Section, Civil Rights Division,

United States Department of Justice.

     Respectfully submitted this 28th day of May, 2026.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

/s/ *Benjamin O. Tayloe*
BENJAMIN O. TAYLOE, JR.
Deputy Chief
Special Litigation Section
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 305-5141
Email: benjamin.tayloe@usdoj.gov

*Counsel for the United States of America*

**IT IS SO ORDERED.**

**DATED:** May 28, 2026

_____
UNITED STATES MAGISTRATE JUDGE

2